UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAQUIN LINARES and JOSE REYES,<br>on behalf of themselves, individually,<br>and on behalf of all others similarly-situated,<br><br>                      Plaintiff,<br><br>  -against-<br><br>MIRSO LEKIC, individually, and<br>45 TUDOR RESTAURANT LLC d/b/a<br>TUDOR CITY STEAKHOUSE<br>                      Defendants. | Docket No.: 20-cv-1408 (LJL)<br><br>**[PROPOSED] JUDGMENT** |

**WHEREAS**, on April 30, 2021, Defendants Mirso Lekic and 45 Tudor Restaurant LLC d/b/a Tudor City Steakhouse (together as "Defendants"), offered Plaintiffs Joaquin Linares, Jose Reyes, and opt-in Plaintiff Benigno Argudo, (collectively as "Plaintiffs"), to take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), inclusive of attorneys' fees and costs; and

**WHEREAS**, on April 30, 2021, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs as against Defendants Mirso Lekic, individually, and 45 Tudor Restaurant LLC d/b/a Tudor City Steakhouse, jointly and severally, in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00).

SO ORDERED, on the __sixth___ day of __May_____, 2021, New York, New York:

                                                          _____
                                                             The Honorable Lewis J. Liman, U.S.D.J.